JOSHUA H. LERNER
CA Bar No. 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1124

ARI HOLTZBLATT (*pro hac vice pending*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 663-6000

*Attorneys for Defendants*
*YouTube, LLC, Google LLC,*
*and Alphabet Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MERCOLA.COM, LLC and Dr. JOSEPH MERCOLA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>YOUTUBE, LLC, GOOGLE LLC, and ALPHABET INC.,<br><br>　　　　　Defendants. | Case No.  3:22-cv-05567-LB<br><br>**DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date: May 18, 2023<br>Courtroom: Courtroom B<br>Time: 9:30 a.m.<br>Judge: Hon. Laurel Beeler |

1. I, Joshua H. Lerner, declare and state as follows:

2. I am an attorney licensed to practice law in California and am one of the counsel of record for YouTube, LLC, Google LLC, and Alphabet Inc. ("Defendants") in this action. I submit this Declaration in support of Defendants' motion to dismiss.

3. **Exhibit A** is a true and accurate copy of YouTube's Terms of Service, in effect from March 17, 2021 to January 4, 2022, as downloaded on January 27, 2023 from YouTube's website at https://www.youtube.com/t/terms?archive=20210317.

4. **Exhibit B** is a true and accurate copy of YouTube's blog post announcing its vaccine misinformation policy, as downloaded on February 9, 2023 from YouTube's website at https://blog.youtube/news-and-events/managing-harmful-vaccine-content-youtube/.

5. **Exhibit C** is a true and accurate copy of YouTube's vaccine misinformation policy, as downloaded on January 27, 2023 from YouTube's website at https://support.google.com/youtube/answer/11161123?hl=en.

6. **Exhibit D** is a true and accurate copy of YouTube's "strikes basics" page, as downloaded on January 27, 2023 from YouTube's website at https://support.google.com/youtube/answer/2802032?hl=en.

7. **Exhibit E** is a true and accurate copy of YouTube's misinformation policies, as downloaded on January 27, 2023 from YouTube's website at https://support.google.com/youtube/answer/10834785?hl=en#zippy=.

8. **Exhibit F** is a true and accurate copy of YouTube's COVID-19 medical misinformation policy, as downloaded on February 3, 2023 from YouTube's website at https://support.google.com/youtube/answer/9891785?hl=en.

9. **Exhibit G** is a true and accurate copy of a Washington Post article titled "YouTube is banning prominent anti-vaccine activists and blocking all anti-vaccine content" (cited in Plaintiffs' complaint at paragraphs 19, 21-22), as downloaded on February 3, 2023 from YouTube's website at https://www.washingtonpost.com/technology/2021/09/29/youtube-ban-joseph-mercola/.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on February 10, 2023 in San Francisco, California.

Dated: February 10, 2023

/s/   *Joshua H. Lerner*
JOSHUA H. LERNER
CA Bar No. 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1124

ARI HOLTZBLATT (*pro hac vice pending*)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 663-6000

**Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:   February 10, 2023                               By:   /s/ *Joshua H. Lerner*
                                                                                          JOSHUA H. LERNER