P. Renée Wicklund (SBN 200588)
**RICHMAN LAW & POLICY**
535 Mission St.
San Francisco, CA 94105
Tel: 917-327-3554
Email: rwicklund@richmanlawpolicy.com

John W. Howard  (SBN 80200)
Michelle D. Volk (SBN 217151)
Scott James Street (SBN 258962)
**JW HOWARD/ATTORNEYS, LTD.**
600 West Broadway, Ste. 1400
San Diego, CA 92101
Tel: 619-234-2842
Email: Johnh@jwhowardattorneys.com
　　　　michelle@jwhowardattorneys.com
　　　　sstreet@jwhowardattorneys.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCOLA.COM, LLC and Dr. JOSEPH MERCOLA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC, YOUTUBE, LLC, ALPHABET INC., and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 3:22-cv-05567-LB<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE A SUR-REPLY**<br><br>Hearing Date: May 18, 2023<br>Courtroom: Courtroom B<br>Time: 9:30 a.m.<br>Judge: Hon. Laurel Beeler |

Mercola.com, LLC and Dr. Joseph Mercola (collectively, "Plaintiffs"), hereby respectfully request the Court's permission to file a Sur-Reply in the above-referenced matter. In support of this Motion, Plaintiffs state the following:

REQUEST FOR LEAVE TO FILE A SUR-REPLY

1

1. On September 28, 2022, Plaintiffs filed their Complaint. (ECF No. 1.)

2. On December 16, 2022, Plaintiffs an Amended Complaint. (ECF No. 21.)

3. On February 10, 2023, Alphabet, Inc., Google, LLC, YouTube, LLC (collectively, "Defendants") filed a Motion to Dismiss Plaintiffs' Amended Complaint. (ECF No. 25.)

4. On March 10, 2023, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss. (ECF No. 28.)

5. On April 10, 2023, Defendants filed a Reply to Plaintiffs' Opposition. (ECF No. 29)

6. Defendants' Reply argued that "[t]here may be good reasons why Mercola did not plead that [they have] no replacement copies [of their video content]" and then cited the following link: https://www.bitchute.com/channel/ySITC1RcRsOS/. (*Id*. at 8 n.2.)

7. The link in *supra* ¶ 6 was not included in Plaintiffs' pleadings, and thus is extrinsic evidence outside of the pleadings. "A district court generally may not consider materials outside the pleadings in deciding a motion under…Rule 12(b)(6)." *Durham v. Sachs Elec. Co.*, No. 18-cv-04506-BLF, 2020 U.S. Dist. LEXIS 242080, at *4 (N.D. Cal. Dec. 23, 2020) (Labson Freeman, J.).

8. Defendants also imply that the link in *supra* ¶ 6 contains "replacement copies" of the content at issue in the Complaint. (ECF No. 29 at 8 n.2.) While this argument is a red herring, nevertheless, Defendants' assertion is false as the link ***does not*** contain the 18 years of content at issue in the Complaint, but only a small fraction of the video content that once appeared on Plaintiffs' YouTube channel. (*See* Declaration of Steven A. Rye, attached as **Exhibit A**.)

REQUEST FOR LEAVE TO FILE A SUR-REPLY

9. A Sur-Reply is necessary for Plaintiffs to respond to this new evidence introduced in Defendants' Reply. *See* L. R. 7-3(d)(1) ("If new evidence has been submitted in the reply, the opposing party may file and serve an Objection to Reply Evidence….")

10. The proposed Sur-Reply does not unduly prejudice Defendants or cause any undue delay in the proceedings.

Based on the foregoing, Plaintiffs respectfully request that the Court grant their Motion for Leave to File a Sur-Reply.

Dated:  April 14, 2022

Respectfully submitted,

**RICHMAN LAW & POLICY**

By: */s/ P. Renée Wicklund*
P. Renée Wicklund

**JW HOWARD/ ATTORNEYS, LTD.**
JOHN W. HOWARD
MICHELLE V. VOLK
SCOTT JAMES STREET

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: April 14, 2023                                     By: */s/ P. Renée Wicklund*
P. Renée Wicklund

REQUEST FOR LEAVE TO FILE A SUR-REPLY