# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## San Francisco Division

| | |
|---|---|
| MERCOLA.COM, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC, et al.,<br><br>Defendants. | Case No. 22-cv-05567-LB<br><br>**JUDGMENT** |

On September 4, 2023, the court granted the defendants' motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiffs. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**



LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 22-cv-05567-LB