P. Renée Wicklund (SBN 200588)
**RICHMAN LAW & POLICY**
535 Mission St., 14th Floor
San Francisco, CA 94105
Tel: 917-327-3554
Email: rwicklund@richmanlawpolicy.com

John W. Howard  (SBN 80200)
Michelle D. Volk (SBN 217151)
Scott James Street (SBN 258962)
**JW HOWARD/ATTORNEYS, LTD.**
600 West Broadway, Ste. 1400
San Diego, CA 92101
Tel: 619-234-2842
Email: Johnh@jwhowardattorneys.com
           michelle@jwhowardattorneys.com
           sstreet@jwhowardattorneys.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERCOLA.COM, LLC and Dr. JOSEPH MERCOLA, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, YOUTUBE, LLC, ALPHABET INC., and DOES 1-10, <br><br> Defendants. | Case No.: 3:22-cv-05567-LB <br><br> **PLAINTIFFS' NOTICE OF APPEAL** <br><br> Judge: Hon. Laurel Beeler |

NOTICE OF APPEAL

1

Please see the attached Notice of Appeal concerning the Court's order on Defendants' Motion to Dismiss (ECF No. 39).

Dated:  October 2, 2023                                         Respectfully submitted,

**RICHMAN LAW & POLICY**

By: */s/ P. Renée Wicklund*
P. Renée Wicklund

**JW HOWARD/ ATTORNEYS, LTD.**
JOHN W. HOWARD
MICHELLE V. VOLK
SCOTT JAMES STREET

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: */s/ P. Renée Wicklund*
P. Renée Wicklund

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: California Northern District (San Francisco)

U.S. District Court case number: 3:22-cv-05567-LB

Date case was first filed in U.S. District Court: 09/28/2022

Date of judgment or order you are appealing: 09/04/2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Mercola.Com, LLC and Dr. Joseph Mercola

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Richman Law & Policy

535 Mission Street, 14th Floor

City: San Francisco   State: CA   Zip Code: 94105

Prisoner Inmate or A Number (if applicable):

Signature: *[signature: Petra Renee Wicklund]*   Date: 10/02/2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Mercola.Com, LLC and Dr. Joseph Mercola

Name(s) of counsel (if any):

> P. Renée Wicklund, John W. Howard, Scott James Street, Michelle D. Volk

Address: See Attachment A

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Google, LLC; YouTube, LLC; Alphabet, Inc.

Name(s) of counsel (if any):

> Ari Holtzblatt and Joshua H. Lerner

Address: See Attachment A

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

**Form 6**                                1                              Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　　*Rev. 12/01/2018*

**Attachment A**

Counsel for Plaintiffs

Petra Renee Wicklund
**Richman Law & Policy**
535 Mission Street, 14th Floor
San Francisco, CA 94105
Tel: (917) 327-3554
rwicklund@richmanlawpolicy.com

John W. Howard
Michelle D. Volk
**JW Howard/Attorneys, Ltd.**
600 West Broadway
Suite 1400
San Diego, CA 92101
Tel: (619) 234-2842/ (619) 244-6509
johnh@jwhowardattorneys.com
michelle@jwhowardattorneys.com

Scott James Street
**JW Howard/Attorneys, Ltd.**
201 South Lake Avenue
Suite 303
Pasadena, CA 91101
Tel: (213) 205-2800
sstreet@jwhowardattorneys.com

Counsel for Defendants

Ari Holtzblatt
**Wilmer Cutler Pickering Hale & Dorr LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6964
ari.holtzblatt@wilmerhale.com

Joshua H. Lerner
**Wilmer Cutler Pickering Hale and Dorr LLP**
One Front Street, Suite 3500
San Francisco, CA 94111
Tel: (628) 235-1124
joshua.lerner@wilmerhale.com